UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
LEDYARD KASTNER

                       Plaintiff(s),        JUDGMENT IN A CIVIL CASE

                 v.                       CV 07-CV-5335  (DRH)
MICHAEL V. SANTILLO, JOHN DOE, UNKNOWN
POLICE OFFICERS, RICHARD DORMER, SUFFOLK
COUNTY POLICE DEPARTMENT AND COUNTY OF
SUFFOLK
                       Defendant(s).
--------------------------------------------------------x

    ___    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **XX**    Decision by Court.  This action came to trial before the Court for a trial by jury.  Plaintiff and Defendant adduced evidence and rested.  The defendants moved the Court for Judgment as a Matter of Law and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    That Defendants' motion for Judgment as a Matter of Law is granted and that

Plaintiff's claims are dismissed with prejudice.


Dated: Central Islip, New York          DOUGLAS C. PALMER
       March 14, 2013                     Clerk of Court


                                          By: _____
                                              Lisa Lundy
                                              Courtroom Deputy